THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRAVATTA, Appellant.— Appeal dismissed on the authority of *People* v. *Gersewitz* (294 N. Y. 163). All concur. (The order denies defendant's motion for resentence upon his conviction as a fourth offender.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

SYRACUSE SAVINGS BANK, Respondent, v. YORKSHIRE INSURANCE COMPANY, LTD., Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. PENNSYLVANIA FIRE INSURANCE COMPANY, Appellant, et al., Defendants. SYRACUSE SAVINGS BANK, Respondent, v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies motion by defendants in each of four actions to dismiss plaintiff's complaint.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *post*, p. 925.]

In the Matter of HALTON D. BLY et al., Respondents, against G. ROBERT WITMER et al., Comprising the Town Board of the Town of Webster, Appellants.— Order reversed on the law, with $10 costs and disbursements, and motion denied, with $10 costs. Memorandum: We think that the answer and the supporting affidavits raise triable issues. All concur, except Larkin, J., who dissents and votes for affirmance on the ground that by the prior proceeding, in the nature of mandamus, the validity of petitioners' claim was established, leaving only the amount thereof to be determined, and as to the amount of such services the procedure adopted by the Special Term was proper. (The order grants petitioners' motion for a summary order for the relief demanded in the petition.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 270 App. Div. 796.]